UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by **TM** D.C.
Jan 12, 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

CASE NO. 16-80008-CR-MIDDLEBROOKS/BRANNON

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

V.

**MELGAR MAZARIEGOS-ROBLERO,**
a/k/a Maurillo Mazariegos-Velasquez,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about December 25, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**MELGAR MAZARIEGOS-ROBLERO,**
a/k/a Maurillo Mazariegos-Velasquez,

an alien, having previously been deported and removed from the United States on or about January 11, 2013, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's

reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MELGAR MAZARIEGOS-ROBLERO,
a/k/a "Maurillo Mazariegos-Velasquez"

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL      _X_ WPB

| | Yes | No |
|---|---|---|
| New Defendant(s) | ___ | ___ |
| Number of New Defendants | ___ | ___ |
| Total number of counts | ___ | ___ |
| FTP | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   NO
   List language and/or dialect _____

4. This case will take   2-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      _X_
   II   6 to 10 days     ___
   III  11 to 20 days    ___
   IV   21 to 60 days    ___
   V    61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   12/25/2015
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   MELGAR MAZARIEGOS-ROBLERO,
a/k/a Maurillo Mazariegos-Velasquez

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Alien found in the U.S. subsequent to a prior deportation | 8:1326(a) | 2 years<br>$250,000 fine<br>SR: up to 1 year<br>$100 SA |